1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Orly Z. Elson (SBN 268855)
   elsono@sullcrom.com
3  Alexa M. Lawson-Remer (SBN 268855)
   lawsonr@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:   (310) 712-6600
6  Fax:   (310) 712-8800

7  *Attorneys for Plaintiffs Richard Ressler
   and Orchard Capital Corp.*
8

9  Aalok Sharma (SBN 205220)
   asharma@whitecase.com
10 J. Jonathan Hawk (SBN 254350)
   jhawk@whitecase.com
11 WHITE & CASE LLP
   633 W. Fifth Street, Suite 1900
12 Los Angeles, CA 90071-2007
   Telephone: (213) 620-7700
13 Facsimile:  (213) 452-2329

14 *Attorneys for Defendants Vietnam
   Maritime Communication and Electronics Co.*
15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

19 RICHARD RESSLER and            ) Case No. 10-CV-3836-PA (JCGx)
   ORCHARD CAPITAL
20 CORPORATION,                   ) **ORDER DISMISSING ACTION**
                                  ) **WITH PREJUDICE**
21              Plaintiffs,       )
                                  )
22         v.                     )
                                  )
23                                )
   VIETNAM MARITIME               )
24 COMMUNICATION AND              )
   ELECTRONICS COMPANY.           )
25                                )
                Defendant.        )
26                                )
                                  )
27 _____ )

28

SULLIVAN & CROMWELL LLP                                [PROPOSED] ORDER

# **ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and Counterclaims and all causes of action therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:_September 10, 2012

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE