| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | sacksr@sullcrom.com |
| 2 | Orly Z. Elson (SBN 268855) |
|   | elsono@sullcrom.com |
| 3 | Alexa M. Lawson-Remer (SBN 268855) |
|   | lawsonr@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
|   | Tel.:   (310) 712-6600 |
| 6 | Fax:   (310) 712-8800 |

*Attorneys for Plaintiffs Richard Ressler and Orchard Capital Corp.*

Aalok Sharma (SBN 205220)
asharma@whitecase.com
J. Jonathan Hawk (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329

*Attorneys for Defendants Vietnam Maritime Communication and Electronics Co.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RESSLER and ORCHARD CAPITAL CORPORATION,<br><br>         Plaintiffs,<br><br>    v.<br><br>VIETNAM MARITIME COMMUNICATION AND ELECTRONICS COMPANY.<br><br>         Defendant. | Case No. 10-CV-3836-PA (JCGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1 **<u>ORDER</u>**

2 GOOD CAUSE APPEARING, THE COURT ORDERS AS
3 FOLLOWS:
4 This action, including the Complaint and Counterclaims and all causes
5 of action therein, is hereby dismissed with prejudice pursuant to Federal Rule of
6 Civil Procedure 41(a)(1).  Each party will bear its own attorneys' fees and costs.

7
8 IT IS SO ORDERED.
9
10 Dated:_September 10, 2012     _____
11                               HON. PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE
12